JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LYNN O'HINES, | ) NO. CV 09-166-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| VENTURA-OXNARD PAROLE DEPT. REGION IV C/OS, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: January 12, 2009.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE